No. 90–7911. LAWRENCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7920. KING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7922. BUTCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7949. HORSEY *v.* ROLLINS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1344. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* LIDY. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1552. CHEVRON CORP. ET AL. *v.* ARIZONA ET AL. C. A. 9th Cir. Motions of Chamber of Commerce of the United States of America et al., Business Roundtable, and American Advertising Federation, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 90–1562. S. J. GROVES & SONS CO. ET AL. *v.* FULTON COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–7382. PHARR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1591. FORBES, TRUSTEE *v.* HOLIDAY CORPORATION SAVINGS AND RETIREMENT PLAN. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 90–6427. DE LA ROSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.